# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHARON M. KENNEDY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:09-0684 |
| | ) JUDGE ECHOLS |
| WILLIAMSON MEDICAL CENTER, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court are the Report and Recommendation ("R&R") entered by the United States Magistrate Judge on February 4, 2010 (Docket Entry No. 24) and the subject of the R&R, Defendant's Motion To Compel or in the alternative to dismiss the case, (Docket Entry No. 17), to which Plaintiff Sharon M. Kennedy did not file a response. Plaintiff also did not file any objections to the R&R.

Where no objections are made to an R&R, the Court may accept, reject, or modify the recommended disposition, receive further evidence, or return the matter to the Magistrate Judge with instructions. Fed.R.Civ.P. 72(b). Having carefully reviewed the record, the Court finds no error of fact or law in the R&R. Accordingly,

(1) the R&R of the Magistrate Judge (Docket Entry No. 24) is hereby ACCEPTED;

(2) Defendant's Motion To Compel or in the alternative to dismiss the case (Docket Entry No. 17) is hereby GRANTED; and

(3) this case is hereby DISMISSED WITH PREJUDICE.

1

(4) Entry of this Order on the docket shall constitute entry of final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE